UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ELIZABETH SLIGER, CAROL DION
AND SCOTT AVILA, individually,
on behalf of others similarly
situated, and on behalf of
the general public,

    Plaintiffs,

        v.                CIV. NO. S-11-0465 LKK/EFB

PROSPECT MORTGAGE, LLC, and
DOES 1-50, inclusive,

    Defendants.
_____/
BONNY FRANKLIN, GAIL GRIEGO,
MICHAEL MARCOS and WILLIAM
PEREIRA, individually and on
behalf of the general public,

    Plaintiffs,

        v.                CIV. NO. S-13-0790 JAM/AC

PROSPECT MORTGAGE, LLC,
                            <u>NON-RELATED CASE ORDER</u>
    Defendant.
_____/

    The court is in receipt of a Joint Notice of Related Cases

filed in conformance with E.D. Cal. ("Local R.") 123(b).  The Notice asserts that the above-entitled actions are related.

After consideration, the court has determined that it is inappropriate to relate or reassign the cases, and therefore declines to do so.  This order is issued for informational purposes only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

IT IS SO ORDERED.

DATED:  September 3, 2013.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT