**FILED**

NOV 0 3 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNY FRANKLIN, GAIL GRIEGO, MICHAEL MARCOS, and WILLIAM PEREIRA, individually and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>PROSPECT MORTGAGE, LLC,<br><br>Defendant. | Case No. 2:13-cv-00790-JAM-AC<br><br>**ORDER GRANTING UNOPPOSED REQUEST TO SEAL DOCUMENTS**<br><br>Judge:      Hon. John A. Mendez<br><br>Date:       December 17, 2014<br>Time:       9:30 a.m.<br>Courtroom:  6 |

PURSUANT TO DEFENDANT'S UNOPPOSED REQUEST TO SEAL DOCUMENTS, having reviewed the pleadings and papers on file in this action, and having considered the arguments, the Court makes the following findings, and good cause appearing, makes the following order:

In conjunction with their Joint Motion for Approval of Settlement Agreements and Dismissal of Lawsuit, Defendant may file the confidential settlement agreements under seal for the Court's review.

//

//

//

1

[PROPOSED] ORDER GRANTING UNOPPOSED REQUEST SEAL DOCUMENTS

18120696v.1

1 | Defendant's Unopposed Request To Seal Documents is **GRANTED**.

2 | **IT IS SO ORDERED.**

3 | DATE: 11-3-2014

4 | The Hon. John A. Mendez
United States District Court Judge