**FILED**

DEC 3 0 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNY FRANKLIN, GAIL GRIEGO, MICHAEL MARCOS, and WILLIAM PEREIRA, individually and on behalf of the general public,<br><br>Plaintiffs,<br><br>v.<br><br>PROSPECT MORTGAGE, LLC,<br><br>Defendant. | Case No. 2:13-cv-00790-JAM-AC<br><br>[PROPOSED] ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENTS AND DISMISSAL OF LAWSUIT<br><br>Judge:     Hon. John A. Mendez<br>Date:      December 17, 2014<br>Time:      9:30 a.m.<br>Courtroom: 6 |

PURSUANT TO THE PARTIES' JOINT MOTION FOR APPROVAL OF SETTLEMENT AGREEMENTS AND DISMISSAL OF LAWSUIT, having reviewed the pleadings and papers on file in this action, and having considered the Parties' arguments, the Court makes the following findings, and good cause appearing, makes the following order:

1.  The Parties' Joint Motion For Approval Of Settlement Agreements and Dismissal of Lawsuit is **GRANTED**;

2.  The settlements reached by the Parties represent fair and equitable resolutions of this action, reasonably resolve *bona fide* disagreements between the Parties regarding the merits of the claims asserted by Plaintiffs, and demonstrate a good-faith intention by the

Parties that the claims of Plaintiffs be fully and finally resolved, and not re-litigated in whole or in part at any point in the future;

3. The settlements reached by the Parties are approved by this Court;

4. Pursuant to the terms of the Parties' confidential settlement agreements, the above-caption action, including Plaintiffs' Fair Labor Standards Act claims, and all claims for relief set forth therein, shall be dismissed with prejudice;

5. Each side shall bear their own attorneys' fees and costs, except as may otherwise be provided in the confidential settlement agreements.

**IT IS SO ORDERED.**

DATE: 12-30-2014

The Hon. John A. Mendez
United States District Court Judge